IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF**<br><br>Foothills Regional Airport<br>3566 Morganton-Lenoir Airport Avenue<br>Morganton, North Carolina;<br><br>Mercedes C300, four door, black in color,<br>bearing Independent Dealer tag 044115;<br><br>**IN THE MATTER OF THE SEIZURE OF**<br><br>2006 Ford Expedition, VIN 1FMPU18586LA13977, registered in the name of Alex Dean Nelson;<br><br>2001 Chevrolet Corvette convertible, VIN 1G1YY32G615100723, registered in the name of Alex Dean Nelson;<br><br>2007 Party Barge 25 (Tracker pontoon boat), VIN BUJ02556B707; with a Mercury 115 ELPT engine, SN 1B467161; and a Tracker boat trailer, VIN 4TM13DN297B001299, registered in the name of Alex Dean Nelson;<br><br>**IN THE MATTER OF AN ORDER AND LIS PENDENS FOR THE FOLLOWING PROPERTY**<br><br>The real property at 4640 Celia Creek Road, Lenoir, North Carolina 28645, further described as recorded in the Caldwell County, North Carolina Register of Deeds Office, Deed Book 1539, Page 1201-1203; 1204-1208. | 3:12MJ181<br>3:12MJ182<br><br>**<u>ORDER</u>** |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the cases identified in the above caption be unsealed,

IT IS HEREBY ORDERED that the above captioned cases be unsealed. The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: May 3, 2013

David S. Cayer
United States Magistrate Judge